

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00782-CV

**IN THE INTEREST OF C.R-A.A.**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15189A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's request for supplementation of the record is granted. A transcript of the proceedings on August 11, 2016 has been filed, but no exhibits were filed. We order court reporter Kelly M. Grossman to file a supplemental record containing the exhibits offered and admitted at the August 11, 2016 proceedings in this case. The supplemental record is due January 16, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court